NUMBER
13-02-352-CV

 

                             COURT
OF APPEALS

 

                   THIRTEENTH
DISTRICT OF TEXAS

 

                                CORPUS
CHRISTI

___________________________________________________________________

 

JOSEPH HANSLER,                                                               Appellant,

 

                                                   v.

 

CHARLES TIBLIER, ET AL.,                                                    Appellees.

___________________________________________________________________

 

                         On
appeal from the 94th District Court 

                                  of Nueces County, Texas

___________________________________________________________________

 

                                   O
P I N I O N

 

         Before
Chief Justice Valdez and Justices Hinojosa and Yañez

                                       Opinion
Per Curiam

 








Appellant, JOSEPH HANSLER, attempted to perfect an
appeal from a judgment entered by the 94th District Court of Nueces County, Texas, in cause number 999-4128-C.  Judgment in this cause was signed on February 15, 2002.  A timely
motion for new trial was filed on March 18, 2002.  Pursuant to Tex. R. App. P. 26.1, appellant=s notice of appeal was
due on May 16, 2002, but was not filed until May
30, 2002.  

Notice of this defect was given so that steps could be taken to
correct the defect, if it could be done. 
Appellant was advised that, if the defect was not corrected within ten
days from the date of receipt of this Court=s letter, the appeal would be dismissed.  To date, no response has been received from
appellant.

The Court, having examined and fully considered the documents on file,
appellant=s failure to timely
perfect his appeal, and appellant=s failure to respond
to this Court=s notice, is of the
opinion that the appeal should be dismissed for want of jurisdiction.  The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.

PER CURIAM

 

Do not publish.

Tex.
R. App. P.
47.3.

 

Opinion delivered and
filed this

the 8th day
of August, 2002.